**Roy VANCE, Appellant Pro Se,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64826.**

Missouri Court of Appeals, Western District.

Oct. 25, 2005.

Roy D. Vance, Mineral Point, MO, pro se.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., JAMES M. SMART and THOMAS H. NEWTON, JJ.

---

**5.** *See Blasinay v. Albert Wenzlick Real Estate Co.*, 235 Mo.App. 526, 138 S.W.2d 721, 725 (1940) (servant or agent can be held liable in his own right for his misfeasance or wrongful act).

## ORDER

PER CURIAM.

Mr. Roy Vance appeals the motion court's judgment dismissing his Rule 29.15 post-conviction relief motion.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).